UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-60705-CIV-SINGHAL

JOSE LUGO,

    Plaintiff,

v.

HILLSBORO CLUB, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL[1]

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal of Entire Case with Prejudice (DE [25]).  The Court having reviewed the stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This cause shall stand **DISMISSED WITH PREJUDICE**.

2. Each party shall bear its own fees and costs.

3. The resolution reached between the Parties is in full and final consideration of any and all claims and damages which Plaintiff asserted, or could have asserted, in this case.

4. The dismissal of this matter shall not act as or constitute an admission by Defendant, or any of its current or former employees, that they committed any

---

[1] This Court has adopted the parties' proposed Final Order of Dismissal of Entire Case with Prejudice (DE [25]) attached as "1" to the parties' Joint Stipulation of Dismissal of Entire Case with Prejudice (DE [25]), using the language chosen by the parties.

wrongful act, or violated or breached the terms of any agreement or duty owed, statutory or otherwise.

5. Defendant is discharged from any further responsibility to any such claims and attorneys' fees and costs in connection therewith which may be claimed herein.

6. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

7. Furthermore, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of December 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF